# Third District Court of Appeal

## State of Florida

Opinion filed April 22, 2015.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D14-1464
Lower Tribunal Nos. 07-13480, 07-14878
_____


**Kenneth Copeland,**
Appellant,

vs.

**The State of Florida,**
Appellee.


An appeal conducted pursuant to Anders v. California, 386 U.S. 738 (1967), from the Circuit Court for Miami-Dade County, Jorge Rodriguez-Chomat, Judge.

Kenneth Copeland, in proper person.

Pamela Jo Bondi, Attorney General, for appellee.


Before WELLS, ROTHENBERG and EMAS, JJ.

PER CURIAM.

Kenneth Copeland appeals the revocation of his probation and his resulting sentence. We affirm, but remand for the trial court to enter a written order of revocation reflecting the specific conditions of probation that were violated. See Willis v. State, 120 So. 3d 613 (Fla. 2d DCA 2013).